**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

Civil Action No. 06-CV-01729-WYD-DLW

**WESLEY OROSCO,**

**Plaintiff,**

**vs.**

**THE MONTEZUMA COUNTY SHERIFF'S OFFICE;**
**MONTEZUMA COUNTY SHERIFF GERALD WALLACE, Individually, and in his official capacity; and**
**DAVE HART, MONTEZUMA COUNTY UNDERSHERIFF, Individually, and in his official capacity,**

**Defendants.**

## ORDER OF RECUSAL

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The above-referenced case was referred to the Magistrate Judge by and <u>Amended</u> Order of Reference to Magistrate Judge entered on September 12, 2006 and after reviewing the Complaint filed in this case;

The Magistrate Judge has a conflict of interest in conducting proceedings in this case; therefore:

**IT IS HEREBY ORDERED** that Magistrate Judge David L. West recuses himself from conducting proceedings in this case and requests that Judge Wiley Y. Daniel enter an Order of Reference re-assigning the matter to another Magistrate Judge.

**DATED: September 25, 2006.**

BY THE COURT:

s/David L. West

United States Magistrate Judge