IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01729-WYD-CBS

WESLEY OROSCO,

    Plaintiff(s),

v.

THE MONTEZUMA COUNTY SHERIFF'S OFFICE;
MONTEZUMA COUNTY SHERIFF GERALD WALLACE, individually, and in his official capacity; and
DAVE HART, MONTEZUMA COUNTY UNDERSHERIFF, individually, and in his official capacity,

    Defendant(s).

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss, With Prejudice [# 12], filed January 19, 2007.  After a careful review of the file in this case, I find that the stipulation should be APPROVED.  Accordingly, it is

ORDERED that the Stipulated Motion to Dismiss, With Prejudice [# 12], is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, each party to pay its own costs and fees.

    Dated:  January 22, 2007

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge